ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/22/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARLOS TRICOCHE,
                              Plaintiff,

17 CIVIL 8832 (LLS)

-against-

**JUDGMENT**

METROPOLITAN TRANSPORATATION
AUTHORITY,
                              Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Louis L. Stanton, United States District Judge, a jury having rendered a verdict in favor of the Plaintiff Carlos Tricoche as against Defendant Metropolitan Transportation Authority ("MTA") as follows:

    a. Loss of past earnings of $23,916.67;

    b. Past pain and suffering of $18,750.00; and

    c. Future pain and suffering of $250,000.00, for total damages of $292,666.67;

The jury also having found Plaintiff 20% negligent for his own injury; accordingly, Judgment is entered in favor of Plaintiff Carlos Tricoche as against Defendant MTA for the total sum of $234,133.33.

**DATED:** New York, New York
             November 22, 2019

RUBY J. KRAJICK
Clerk of Court

So Ordered:

BY:

_Louis L. Stanton_
U.S.D.J.

Deputy Clerk